

**ORDER**

Appellant having submitted the required brief, and it appearing that the appeal was dismissed in error, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**UNITED STATES, Plaintiff–Appellant,**

v.

**OPTREX AMERICA, INC., Defendant–Cross Appellant.**

Nos. 2008–1503, 2008–1525.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2009.

**HARDIE'S FRUIT AND VEGETABLE CO.–SOUTH, L.P., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**M&S Foods Co., Ltd., Defendant–Appellee.**

No. 2009–5018.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2009.

Rehearing and Rehearing En Banc Denied Oct. 1, 2009.

Stephen C. Tosini, Department of Justice, Washington, D.C., for Plaintiff–Appellant.

Steven P. Sonnenberg, Michael Jason Cunningham, Sonnenberg & Anderson, Chicago, IL, for Defendant–Cross Appellant.

**ORDER**

The parties having so agreed, it is

*ORDER*

Appellant having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 31, 2008 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.